

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jerry Don Whatley, Appellant

No. 06-12-00117-CR         v.

The State of Texas, Appellee

Appeal from the 294th District Court of Van Zandt County, Texas (Tr. Ct. No. CR05-00442).    Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below.  Therefore, we reverse the trial court's judgment and render a judgment of acquittal.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED OCTOBER 16, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk